IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC, )
)
    Plaintiff, ) No. _____
)
v. )
)
JOHN DOE subscriber assigned IP )
address 71.13.250.95, )
)
    Defendant. )
)

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff certifies that this party is a non-governmental corporate party and does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

Dated: February 27, 2013

                              Respectfully submitted,

                              SCHULZ LAW, P.C.

                By:   */s/ Mary K. Schulz*
                      Mary K. Schulz, Esq.
                      1144 E. State Street, Suite A260
                      Geneva, Il 60134
                      Tel: (224) 535-9510
                      Fax: (224) 535-9501
                      Email: schulzlaw@me.com
                      *Attorneys for Plaintiff*